# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3832

_____

United States of America,                *
                                        *

           Appellee,      *    Appeal from the United States

                                          *    District Court for the District

    v.                            *    of Nebraska.

                                          *

Andrew Scott Walters,          *        [UNPUBLISHED]

                                          *

           Appellant.     *

_____

Submitted: April 20, 1999
Filed: April 28, 1999

_____

Before BOWMAN,[*] Chief Judge, FAGG, Circuit Judge, and BOGUE,[**] District Judge.

_____

PER CURIAM.

     Andrew Scott Walters appeals his drug-related conviction and sentence. Having carefully reviewed the record, we reject Walters's contentions. First, the record contains substantial evidence on which the jury could have found Walters guilty.

_____

     [*]The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

     [**]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

Second, the district court correctly determined Walters's guidelines sentence. We thus affirm Waters's conviction and sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.